IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00055-PAB-MJW

LINDA BIGLEY,

Plaintiff,

v.

CIBER, INC., LONG TERM DISABILITY COVERAGE FOR:  CLASS I: ALL SALARIED
AND ADMINISTRATIVE EMPLOYEES WHO WORK 40 HOURS PER WEEK, and
CLASS II: ALL OTHER SALARIED AND ADMINISTRATIVE QUALIFIED FULL-TIME
EMPLOYEES WHO WORK 32-40 HOURS PER WEEK,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion Requesting Discovery
(Docket No. 21) is granted, and thus the defendant is granted leave to conduct
additional discovery for the purpose of completing the administrative record as
described in the motion.  It is further

ORDERED that on or before July 15, 2011, plaintiff shall show cause in writing
why she should not have to pay the defendant's costs and attorney fees incurred in
filing the Unopposed Motion Requesting Discovery which apparently was necessitated
by the plaintiff's refusal to sign a release for the defendant to obtain the records
described in the unopposed motion.

Date: July 8, 2011

---